Exhibit A

Case 1:15-cv-08221-AKH   Document 6-1   Filed 10/21/15   Page 2 of 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------- x

In the Matter of the Application of                    :
                                                      :
ALSTOM BRASIL ENERGIA E TRANSPORTE       :     Index No. 652731/15
LTDA.; ALSTOM POWER, INC.,                   :
                                                      :     **NOTICE OF PETITION TO**
                          Petitioners,          :     **CONFIRM ARBITRATION**
                                                      :     **AWARD**
Pursuant to Article 75 of the CPLR For            :
Confirmation of Arbitration Awards               :
against:                                             :
                                                      :
MITSUI SUMITOMO SEGUROS S.A.,              :
                                                      :
                          Respondent.           :
------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the Affirmation of Paul R. Koepff sworn to on

August 5, 2015, with annexed exhibits; and upon the annexed memorandum of law and the

Petition to Confirm Arbitration Award, Petitioners, Alstom Brasil Energia E Transporte Ltda.

and Alstom Power, Inc. ("Alstom") will move this Court in I.A.S. Motion Courtroom 130, at the

New York State Supreme Court, New York County Courthouse, 60 Centre Street, New York,

New York, 10007 at 9:30 a.m. on the 22nd day of October, 2015, or as soon thereafter as

counsel may be heard for an Order, pursuant to 9 U.S.C. §§ 9 and 207 and CPLR Article 75, for

an Order granting Alstom's Petition to Confirm the Final Award dated July 10, 2015, directing

that judgment be entered thereon, and granting such other relief as this Court may deem

appropriate.

PLEASE TAKE FURTHER NOTICE that, pursuant to CPLR 2214(b), answering papers,

if any, are to be served by October 15, 2015.

1

WHEREFORE, Alstom respectfully requests that its Petition to Confirm the Final Award be granted in all respects, as well as any further relief as may be appropriate.

Dated:    September 9, 2015
          New York, New York

                                        Respectfully submitted,

                                        CLYDE & CO US LLP

                                   By:  _____
                                        Paul R. Koepff
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, NY 10174
                                        (212) 710-3900
                                        paul.koepff@clydeco.us

                                        *Attorneys for Petitioners Alstom*
                                        *Brasil Energia E Transporte Ltda.*
                                        *and Alstom Power, Inc.*

To:     Lea Huber Kuck
        Skadden, Arps, Slate, Meagher & Flom LLP
        Four Times Square
        New York, NY 10036
        (212) 735-3000
        lea.kuck@skadden.com

        *Attorneys for Respondent*
        *Mitsui Sumitomo Seguros S.A.*

2